**In the United States District Court
for the District of Minnesota
Fifth Division**

|  |  |  |
|---|---|---|
| **Candace Butala**, | ) | Case No. 05-CV-02459 (MJD/RLE) |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **Order** |
| vs. | ) |  |
|  | ) |  |
| **Benedictine Health System**, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This matter is before the Court, without hearing, pursuant to the parties' Stipulation for Dismissal With Prejudice, [Docket No. 33]. Based upon the Stipulation and all of the files and proceedings herein,

IT IS HEREBY ORDERED that the Complaint [Docket No. 1] may be and hereby is dismissed with prejudice and upon the merits and without costs, disbursements, or fees to either party. The Clerk shall enter a judgment to that effect forthwith.

Dated:  May 3, 2006.

BY THE COURT:

s / Michael J. Davis
Judge Michael J. Davis
United States District Court